fication Act of 1956, is the proper basis for the determination of the value of the merchandise (children's wearing apparel) and that such value is the appraised unit values, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

No. R67/114.—Lolly Togs, Ltd. v. United States, reappraisements R65/22273 and R65/22666 (Los Angeles).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's clothing) and that such values are the invoice unit f.o.b. prices, net packed, exclusive of any additional charges or commissions.

BEFORE CHIEF JUDGE RAO, OCTOBER 17, 1967

No. R67/115.—Sutton Creations, Inc. v. United States, reappraisements R65/12760, etc. (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (wearing apparel) and that such value was the appraised unit value, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

No. R67/116.—Lollytogs, Ltd. v. United States, reappraisement R65/16184 (Portland, Oreg.).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's clothing) and that such values are the invoice unit f.o.b. values, net packed, exclusive of any additional charges or commissions.